UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUSTAFI AFIFI, RACHID DABAHA, and
GLORIA AVILES, Individually and on Behalf of
All Other Persons Similarly Situated.

Case No.
07 CIV 6352

Plaintiff,

-against-

AKBAR & ASSOCIATES, INC., AKBAR
HIMANI, AMIN HIMANI and SIRAJ HIMANI

AFFIDAVIT OF
SERVICE

Defendants.

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On July 20, 2007 at 12:10 p.m. at 24 Path Plaza Jersey City, New Jersey, 07306, I served the within SUMMONS & COMPLAINT on AKBAR & ASSOCIATES, INC., defendant therein named, by delivering a true copy of same to BDUL SOW, manager and designated agent.

The person served is a hispanic male, black hair, 6'1" to 6'2" in height, 50-60 years old, 185-195 pounds.

_Caswell Bryan_
Caswell Bryan
License No. 846846

Sworn to before me this
20th day of July 2007.

_NOTARY PUBLIC_

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20__

**LegalEase, Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796