UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUSTAFI AFIFI, RACHID DABAHA, and
GLORIA AVILES, Individually and on Behalf of
All Other Persons Similarly Situated,

Case No.
07 CIV 6352

Plaintiff,

-against-

AFFIDAVIT OF
SERVICE

AKBAR & ASSOCIATES, INC., AKBAR
HIMANI, AMIN HIMANI and SIRAJ HIMANI

Defendants.

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside at Yonkers, NY:

On July 20, 2007 at 12:10 p.m. at 24 Path Plaza Jersey City, New Jersey, 07306, I served the within SUMMONS & COMPLAINT on AMIN HIMANI, defendant therein named, by delivering a true copy of same to BDUL SOW, a person of suitable age and discretion at the defendant's actual place of business.

On July 20, 2007 I mailed a true copy of the within Summons & Complaint to Amin Himani c/o Akbar & Associates, Inc., at 24 Path Plaza, Jersey City, New Jersey, 07306, at the defendant's actual place of business, by enclosing it in an envelope, postage prepaid, and depositing it in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

The person served is a hispanic male, black hair, 6'1" to 6'2" in height, 50-60 years old, 185-195 pounds.

Caswell Bryan
License No. 846846

Sworn to before me this
20th day of July 2007.

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20[?]

**LegalEase Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796