UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MUSTAFI AFIFI, RACHID DABAHA, and
GLORIA AVILES, Individually and on Behalf of
All Other Persons Similarly Situated,

                              Plaintiffs,

                -against-

AKBAR & ASSOCIATES, INC., AKBAR
HIMANI, AMIN HIMANI and SIRAJ HIMANI,

                            Defendants.
------------------------------------------------------------X

07 civ. 6352

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
## FED. R. CIV. P. 41(a)(1)(i)

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss all claims asserted in the above-captioned action. This Notice of Dismissal is made without attorney fees, costs or any other fees to any party.

Dated: September 24, 2007

                                              **LOCKS LAW FIRM PLLC**

                                              By: _____
                                                  Fran L. Rudich (FR 7577)
                                                  Attorneys for Plaintiff
                                                  110 East 55th Street, 12th Floor
                                                  New York, New York 10022
                                                  (212) 838-3333
                                                       -and-

SO ORDERED:                             **BERGER & GOTTLIEB**
                                                Jeffrey M. Gottlieb (JG 7905)
                                                150 East 18th Street, Suite PHR
                                                New York, New York 100003
_____      (212) 228-9795
U.S.D.J.