UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MUSTAFI AFIFI, RACHID DABAHA, and
GLORIA AVILES, Individually and on Behalf of
All Other Persons Similarly Situated,

                    Plaintiffs,

07 civ. 6352

-against-

AKBAR & ASSOCIATES, INC., AKBAR
HIMANI, AMIN HIMANI and SIRAJ HIMANI,

                    Defendants.
-----------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
### FED. R. CIV. P. 41(a)(1)(i)

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss all claims asserted in the above-captioned action. This Notice of Dismissal is made without attorney fees, costs or any other fees to any party.

Dated: September 24, 2007

LOCKS LAW FIRM PLLC

By: _____
Fran L. Rudich (FR 7577)
Attorneys for Plaintiff
110 East 55th Street, 12th Floor
New York, New York 10022
(212) 838-3333
-and-

SO ORDERED:
_____
U.S.D.J.

BERGER & GOTTLIEB
Jeffrey M. Gottlieb (JG 7905)
150 East 18th Street, Suite PHR
New York, New York 100003
(212) 228-9795